In re BREWSTER. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) In the matter of the estate of Sarah A. Brewster, deceased. No opinion. Decree of Surrogate's Court affirmed, upon opinion of this court in same case reported in 73 App. Div. 12, 76 N. Y. Supp. 355, with costs and disbursements of both parties on this appeal to be paid out of the fund held by the trust company.

BRISTOW, Respondent, v. HERBERT et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by William Bristow against Samuel Herbert and Joseph Cohen. No opinion. Judgment of the municipal court affirmed, with costs.

BROWER, Appellant, v. KING, Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Ancel J. Brower against Moses King. No opinion. Order affirmed, with $10 costs and disbursements.

BROWN v. CITY OF FULTON. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by Louisa Brown against the city of Fulton. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

BUCKLEY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Daniel Buckley against the Metropolitan Street Railway Company. R. O. Gorman, for respondent. No opinion. Judgment affirmed, with costs.

In re BURNETT. (Supreme Court, Appellate Division, Fourth Department. October 6, 1903.) In the matter of the assignment of Catherine M. Burnett to William H. Rider, for the benefit of creditors, etc. No opinion. Judgment and order affirmed, with costs.

BURTON, Respondent, v. PARSELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by Mary M. Burton against Warren J. Parsell. No opinion. Judgment and order affirmed, with costs.

BUTCHER, Appellant, v. BONAWITZ, Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Edward Butcher, as trustee of George Bona-

witz, an adjudicated bankrupt, against Margaret M. Bonawitz. No opinion. Judgment affirmed, with costs.

BUTLER, Respondent, v. AQUEHONGA LAND CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by Tunis E. Butler against the Aquehonga Land Company and Edward P. Doyle. No opinion. Motion denied.

BUTLER, Respondent, v. DOWLING, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Thomas J. Butler against Frank N. Dowling. No opinion. Interlocutory judgment affirmed, with costs.

BUTTERLY, Appellant, v. DEERING, Respondent (two cases). (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by James N. Butterly against James A. Deering. No opinion. Order affirmed, with $10 costs and disbursements.

CAMPBELL, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Robert F. Campbell against the Metropolitan Street Railway Company. A. Ofner, for appellant. F. Pierce, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

VAN BRUNT, P. J., dissents.

CAREY et al., Appellants, v. LA RUE, Respondent. (Supreme Court, Appellate Division, Third Department. September 25, 1903.) Action by Dennis Carey and another against Louis La Rue, Jr. No opinion. Judgment affirmed, with costs.

CASTELLANO, Appellant, v. CAFIERO et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Petition of Luigi Castellano against Francesco Cafiero, the Societa Italiana di Mutuo Soccorso and others. No opinion. Order affirmed, with $10 costs and disbursements.

CHAPMAN, Appellant, v. ROPES, Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Charles J. Chapman against Charles H. Ropes. G. A. Moses, for appellant. J. Quinn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CHISDES, Appellant, v. D'ALBORA, Respondent. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by Samuel Chisdes against Bartholomew D'Albora. No opinion. Judgment of the Municipal Court affirmed by default, with costs.